IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CCI VENTURES, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| BERKLEY NATIONAL INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) Civil Action No. 1:17-CV-019-C |

## ORDER

In the Findings, Conclusions and Recommendation filed March 14, 2017, the Magistrate Judge recommended that the Court deny Plaintiff's Motion to Stay Pending Appraisal and administratively close this action. Defendant Berkley National Insurance Company filed a timely Objection to the Findings, Conclusions and Recommendation.[1] Defendant Berkley's Objection generally contends that an insured cannot both maintain an action against an insured and simultaneously seek to invoke an appraisal clause contained in the policy. As argued by Plaintiff in its Reply, Defendant cites no authority for such a proposition. As such, the Defendant Berkley National Insurance Company's Objection is **OVERRULED**.

---

[1] Within the Objection, Defendant Berkley also included a response to Plaintiff's Motion to Stay Pending Appraisal. The Court also fully considered Plaintiff's Reply and Defendant Berkley's Supplemental Objection.
 The Court notes that in the Supplemental Objection Defendant Berkley contends that "this Court, and only this Court, is the forum in which the issue of appraisal should be . . . decided." The Court disagrees.

After reviewing the cogent Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and **ADOPTS** them as the findings and conclusions of the Court.

Accordingly, the Court finds that the above-styled and -numbered cause of action should be **ADMINISTRATIVELY CLOSED** subject to reopening at a later date if necessary. The Motion to Stay is contemporaneously **DENIED**.

SO ORDERED this 24th day of July, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE