IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CCI VENTURES, INC.,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )
BERKLEY NATIONAL INSURANCE             )
COMPANY, et al.,                       )
                                       )
            Defendants.                )   Civil Action No. 1:17-CV-019-C

## ORDER

In the Report and Recommendation filed April 12, 2018, the United States Magistrate Judge recommends as follows:

(1) the Court grant Plaintiff's Opposed Motion for Leave to Amend Petition and Add [Non-diverse] Defendants and for Remand;

(2) the Court direct the Clerk of Court to file the proposed amended complaint that Plaintiff has attached to the Motion for Leave; and

(3) the Court remand the above-styled and -numbered civil action to the 104th Judicial District Court of Taylor County, Texas.

The Court has carefully reviewed the Report and Recommendation, along with Defendant Berkley National Insurance Company's Objections and Plaintiff's Response thereto. The Court finds that the objections should be **OVERRULED**.

Further, the Court finds that the findings and conclusions contained in the well-reasoned and thorough Report and Recommendation of the Magistrate Judge are correct and **ADOPTS**

them as the findings and conclusions of the Court. The proposed amended complaint asserts plausible, viable claims against non-diverse defendants.

The proposed amended complaint is directed to be **FILED** by the Clerk of Court and the above-styled and -numbered civil action is **REMANDED** to the 104th Judicial District Court of Taylor County, Texas, pursuant to 28 U.S.C. §§ 1447(e) and 1447(c).

SO ORDERED this 10th day of July, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE